# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 DEC 21 PM 1:21
DEPUTY CLERK

Dee Ellen Jennings
Plaintiff

3-17CV3470-B

v.

Civil Action No.

The Dallas Morning News
Defendant

**COMPLAINT**

See attachment

* Attach additional pages as needed.

Date: 12-21-2017
Signature: Dee Ellen Jennings
Print Name: Dee Ellen Jennings
Address: 2904 Harbinger Lane
City, State, Zip: Dallas TX 75287
Telephone: 214-392-1895

I am filing multiple employment related complaints to include: race, color and age discrimination, retaliation and unfair pay for equal work against The Dallas Morning News (TDMN).

I worked at the TDMN for 3 ½ years in the human resources department. I started November 11, 2011; my job responsibilities where that of multiple roles (recruiter, HR admin, performance management and employee relations). There have never been any verbal or written performance issues against me by my manager.

I have been forced out of my position and replaced with one white individual, Lauren Sell as a corporate sales recruiter; one bi-racial individual, Amber Thigpen, who is ½ white ½ black as the Manager of Recruiting.

For the past 2 ½ years the unfair work environment has caused me much distress and severe depression. It became more and more difficult for me to function effectively. This environment not only caused me extreme depression, I had hospital visits for panic attacks and anxiety on two occasions. I was forced to take medical leave for over two months which including out-patient psychiatric care and medical counseling for five weeks. My depression, anxiety and panic attacks started around August 2014 and I prescribed anti-depressants, however I continued to suffer and my condition worsened.

**Claim #1 - Race discrimination**; the company hired Lauren as a corporate sales recruiter with intent to replace me in November 2014. At that time they assigned almost all the open positions to her, approximately 20+ openings. I was told that I would recruit for the remaining 4-6 open positions, however, my manager started working on these positions and staffing them without letting me know. I believe these actions were done to force me to quit.

I have over 17 years' human resources and recruiting experience, the new recruiter has approximately 1 ½ years total human resources and recruiting experience. Amber is a previous employee that worked for Sandi and has a close friendship with her. I was hired in 2011 to replace her when she resigned.

**Claim #2 - Age discrimination**; the new corporate sales recruiter is 26 years old.

**Claim #3 - Retaliation;** I believe Chuck Leu, VP of HR is partially responsible for the company eliminating my position. I believe leadership first tried to force me to quit by taking away most of my recruiting responsibilities, and when that didn't work they eliminated my position. On February 4, 2015 I was told by my manager, Sandi Scott that Chuck and "his peers", the management committee had been working on the process for months.

Chuck's motive for retaliating was because I told my manager that I felt I was being unfairly paid for same work load as my colleagues, including his personal friend. I also expressed my concern that it wasn't fair that Chuck was able to hire and manage his personal friend, Mike

Fowler. He also paid him a very high salary for a position that he did not meet the basic requirements for. I conducted the initial interview with Mike for the Benefits Specialist position that he was hired for. During the interview he admitted that he did not have any compensation experience and his resume reflected that fact.

Chuck has also lied on me to my manager and possibly the management committee. According to Sandi, Chuck told them that during one of our weekly HR Staff Meetings while we were discussing the implementation of the Applicant Tracking System (ATS) that I "rolled my eyes in the top of my head"; that is a complete and utterly lie. I had been lobbying for an ATS since I started with the company.

I believe the <u>Management Committee's retaliation</u> is based on my issues and concerns for the company not having blacks in leadership positions above the sales manager role, and only one at the Director level. In addition to my concerns with the company's policy Diversity and Affirmative Action, I also expressed concerns with the company acquiring new businesses with no focus or intent on acquiring black owned businesses. Chuck's response to my inquiry regarding the potential for the company to purchase black owned businesses was that "they over-value their businesses; that they may think there are worth $4 million when they only had a $100k profit". He completely and immediately undervalued black owned businesses without any thought or consideration for the black community. The Dallas Morning News continually and consistently disregards the black community and their employees of color.

On more than one occasion current and past employees had also expressed concern to me regarding a wall mural depicting slavery. When I brought these concerns to leadership it was explained to me that there was a historical nature behind the mural and its impact on Dallas, TX. However, employees felt there are other cultures in the organization that are not depicted in a negative offensive way. There is no other artwork in the building that forces other cultures to be reminded daily of a horrible time in our history. I believe these complaints that I brought forward is part of the decision to remove me from the organization.

**Claim #4 - Unfair Pay**; I have been treating unfairly in my compensation and I intend to file with the US Federal Court a claim based on the Unfair Pay Act. My job responsibilities and work load equal or exceed that of my colleagues in the same or similar roles yet they are paid approximately $25,000-$30,000 more on an annual basis. Again, Mike Fowler did not meet the basic requirements for the position of Benefits Specialist that he was hired for and his starting salary was $87,500. I also know that my workload exceeded his and my salary was $62,400. Cindy MacFarlane has worked at The Dallas Morning news for several years as a Sr. HR Business Partner, our jobs are practically the same and her salary is around $98,000. Both these employees are white.

# CIVIL COVER SHEET

3-17CV3470-B

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
DeeEllen Jennings

**(b)** County of Residence of First Listed Plaintiff  Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pending

## DEFENDANTS
The Dallas Morning News

County of Residence of First Listed Defendant  Dallas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Bracewell & Giuliani

RECEIVED
DEC 21

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: Civil Rights

Brief description of cause: Discrimination

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___